UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| FRANCISCA VILLANUEVA-ESSIG and husband, DAVID ESSIG, Plaintiffs, v. WAL-MART STORES EAST, L.P., Defendant. | No. 2:12-00038<br>Judge Sharp |

## ORDER

For the reasons set forth in the accompanying Memorandum, the Motion for Summary Judgment filed by Defendant Wal-Mart Stores East, L.P. is hereby GRANTED and Plaintiffs' claims are hereby DISMISSED with prejudice.

The Clerk of the Court shall enter judgment in favor of Defendant in accordance with Rule 58 of the Federal Rules of Civil Procedure.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE